AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF _____

APPEARANCE

Case Number: 07 CV 6760

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

KERMA LAMKIN, individually, and JOHN LAMKIN, spouse

I certify that I am admitted to practice in this court.

| 7/25/2007 | | |
|---|---|---|
| Date | Signature | |
| | Deborah Lepow Ziegler | PHV789 |
| | Print Name | Bar Number |
| | 4265 San Felipe, Suite 1000 | |
| | Address | |
| | Houston   TX | 77027 |
| | City   State | Zip Code |
| | (713) 622-7271 | (713) 623-8724 |
| | Phone Number | Fax Number |